# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KARA L. FERGUSON                              Case Number: 08-72675
        8355 GRANGE HALL ROAD              SSN-xxx-xx-9350
        GARDEN PRAIRIE, IL  61038

                                                       Case filed on:    8/20/2008
                                                       Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,401.19          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KARA L. FERGUSON | 0.00 | 0.00 | 400.14 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 400.14 | 0.00 |
| 001 | BLACKHAWK STATE BANK | 21,213.96 | 0.00 | 0.00 | 0.00 |
| 002 | LVNV FUNDING LLC | 93.44 | 93.44 | 93.44 | 0.00 |
| 003 | CITIZENS AUTO FINANCE | 18,020.75 | 18,020.75 | 2,037.10 | 639.44 |
| 004 | WELLS FARGO HOME MORTGAGE INC | 173,213.11 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 212,541.26 | 18,114.19 | 2,130.54 | 639.44 |
| 002 | LVNV FUNDING LLC | 1,656.56 | 612.93 | 0.00 | 0.00 |
| 005 | AMERICAN EXPRESS CENTURION BANK | 1,757.36 | 650.22 | 0.00 | 0.00 |
| 006 | FIA CARD SERVICES aka BANK OF AMERICA | 21,486.46 | 7,949.99 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 3,928.74 | 1,453.63 | 0.00 | 0.00 |
| 008 | GE MONEY BANK / DICKS SPORTING GOODS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 3,109.24 | 1,150.42 | 0.00 | 0.00 |
| 010 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 881.70 | 326.23 | 0.00 | 0.00 |
| 012 | RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SAINT ANTHONY COLLEGE OF NURSING | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECMC | 9,664.33 | 3,575.80 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 3,477.78 | 1,286.78 | 0.00 | 0.00 |
| 016 | LVNV FUNDING LLC | 963.85 | 356.62 | 0.00 | 0.00 |
| 017 | ROUNDUP FUNDING LLC | 6,982.69 | 2,583.60 | 0.00 | 0.00 |
| 018 | VICTORIA SECRET | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | WFFNB - ANN TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 1,537.12 | 568.73 | 0.00 | 0.00 |
|  | Total Unsecured | 55,445.83 | 20,514.95 | 0.00 | 0.00 |
|  | Grand Total: | 267,987.09 | 38,629.14 | 2,530.68 | 639.44 |

Total Paid Claimant:     $3,170.12
Trustee Allowance:       $231.07            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00           discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                             /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan